No. 85–1099. ADKINS v. CHESAPEAKE & OHIO RAILWAY CO. ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated,

and case remanded for further consideration in light of *Atchison, T. & S. F. R. Co.* v. *Buell, ante,* p. 557.